# Court of Appeals
# of the State of Georgia

ATLANTA, June 27, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0483.  ABACUS CORPORATION et al. v. MARILYN MANUEL.**

Respondent's motion to dismiss the Application for Discretionary Appeal is DENIED.  However, upon consideration of the merits of the Application, it is ordered that it be hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/27/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*